CROOKED LAKE NAVIGATION COMPANY, Respondent *v.* KEUKA NAVIGATION COMPANY, Appellant.

(Submitted June 25, 1889; decided October 8, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of January, 1887, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*William T. Morris* for appellant.

*William M. Johnson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.